IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Richard A

Printed: 01/22/09

Case Number: 05 B 59425
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 25, 2008
Confirmed: February 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,594.00 |  |
| Secured: |  | 26,008.36 |
| Unsecured: |  | 2,135.21 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,621.43 |
| Other Funds: |  | 829.00 |
| Totals: | 30,594.00 | 30,594.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ford Motor Credit Corporation | Secured | 26,008.36 | 26,008.36 |
| 2. | Resurgent Capital Services | Unsecured | 1,967.62 | 561.25 |
| 3. | Capital One | Unsecured | 3,294.32 | 948.17 |
| 4. | Capital One | Unsecured | 2,116.00 | 603.57 |
| 5. | United Collection Bureau Inc | Unsecured | 77.89 | 22.22 |
| 6. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 7. | MacNeal Emergency Physicians | Unsecured | | No Claim Filed |
| 8. | Isc Collection Service | Unsecured | | No Claim Filed |
| 9. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 10. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
|  |  |  | $ 33,464.19 | $ 28,143.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 132.35 |
| 5% | 119.68 |
| 4.8% | 229.31 |
| 5.4% | 852.22 |
| 6.5% | 189.14 |
| 6.6% | 98.73 |
|  | $ 1,621.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Simmons, Richard A

Printed: 01/22/09

Case Number:  05 B 59425
Judge:  Goldgar, A. Benjamin
Filed:  10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

